IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. 1983

Action Number _____

Please fill out this complaint form completely. The court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I.    PARTIES:
A.    PLAINTIFF:

1.    (a) _Dave Thomas_ , (b) # _#1077894    2-207_
2.          (Name)                              (Inmate Number)
      (c) _901 Correction way_
             (Address)
      _Jarrat Virginia 23870_

Plaintiff MUST keep the Clerk of Court notified, of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

       Plaintiff is advised that only persons acting under the color of state law are proper defendants under section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as Attorney's and other Inmates may not be sued under section 1983. In addition, liability under section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, Wardens, and Sheriff's are not liable under section 1983, just because they supervise persons who may have violated your rights. These persons are liable only if they were personally involved in the alleged deprivation. In addition, prisons, jails, and departments within an institution are not persons under section 1983.

B.    DEFENDANT (S):

1.    (a) _mr   C. Broth_ (b) _Doctor/ Dentist_ 11 Bld medical
             (Name)                        ( Title/ Job Description)
      (c) _901 Correction way_
             (Address)
      _Jarratt Virginia 23870_



RECEIVED
JUN 0 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1—6

2. (a) _ms A Robin_ (b) _Dentist Assist_
       (Name)           (Title/Job description)
   (c) _901 Correction way_ _11 Building medical_
     _Jarratt Virginia 23870_
        (Address)

3. (a) _mr holland_ (b) _Doctor / Dentist_
       (Name)           (Title/Job Description)
   (c) _901 Correction way_ _11 Building medical_
        (Address)
     _Jarratt Virginia 23870_

If there are additional defendants, please list them on a separate sheet of paper.
Provide all identifying information for each defendant named.

    Plaintiff MUST provide an address for a complaint. If plaintiff does not provide an address for a defendant,
       that person may be dismissed as a party to this action.

    In addition, plaintiff MUST provide a copy of the completed complaint and any attachments for each
       defendant named.

## II.    PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
    Yes _✓_ No _____

B. If your answer to A. is YES, you must describe any lawsuit, whether currently pending or closed,
   in the space below. (If there is more than one lawsuit, you must describe each lawsuit on another sheet
   of paper, using the same outline, and attach hereto.)

  1. Parties to previous lawsuits:

Plaintiff (s) _Dave Thomas . currently pending_
    _901 Correction way, Jarratt Virginia 23870_
Defendant's: _mr f jones mailroom Supervisor S-4_
    _901 Correction way, Jarratt Virginia 23870_

  2. Court (if federal court, name and district; if state court, name the country):
    _The United State Court house, 600 Gramby Street_
    _Norfolk Virginia 23510_

  3. Date lawsuit filed: _November 24 2020_

4. (A) mr L Edmonds    (B) Lead warden S. #4
   (C) 901 Correction way
      jarratt Virginia 23870.

5. (A) ms C putney    (B) assist warden S. #1 Support Building
   (C) 901 Correction way
      jarratt Virginia 23870

6. (A) C Stawn    (B) Grievance Coordinator
   (C) 901 Correction way
      jarratt Virginia 23870

7. (A) R. Snoon    (B) Request L.p.
   (C) 901 Correction way
      jarratt Virginia 23870

8. (A) S. Zapp    (B) Grievance Coordinator
   (C) 901 Correction way
      jarratt Virginia 23870

9. (A) marus Elam    (B) Regional Administrator
      Lewis D.A    " " Eastern Regional office
   (C) P.O. Box 26963
      Richmond Virginia 23261-6963

10. (A) mack Baillt    (B) warden Superintendent
       D. peterson    Complaint Coordinator
    (C) 901 Correction way
       jarratt Virginia 23870

11. (A) C. m Ragsdale    (B) Grievance Coordinator
    (C) 901 Correction way
       jarratt Virginia 23870

(Secon Complaint under Civil Right act 42 U.S.C. 1983)

A. plaintiff:     (# Secon Lawsuite)

1. (A) Dave Thomas   (B) # 1077894 - 2-117

2. (C) 901 Correction way

    Jarratt Virginia 23870

(B)   DEFENDANT (S)

1. (A) Warden T Jarrell   (B) Warden / Building & Security

    (C) 901 Correction way          Action no. 2:20CV625

       Jarratt Virginia 23870        case no. 2:21-CV-00243


1½ (A) captain B Claude (B) captain for Security) S-1 Support Building

    (C) 901 Correction way

       Jarratt Virginia 23870


2. (A) A. Anderson       (B) head food Supervisor S.1 kitchens

    (C) 901 Correction way

       Jarratt Virginia 23870


3. (A) C Creque       (B) food Supervisor for main kitchen

    (C) 901 Correction way

       Jarratt Virginia 23870


4. (A)   C Wright (B) Captain for S-3 Support Building

    (C) 901 Correction way

       Jarratt Virginia 23870


5. (A) ms D Dale       (B) unit manager for S-1 Building 2-

    (C) 901 Correction way

       Jarratt Virginia 23870

                              ⎰ mail out This claim on   ⎱ 06- 3 -2021
                              ⎱ no Action number for now. ⎰

4. Docket Number: #2:20-CV-00625

5. Name of Judge to whom case was assigned: _Walter E hoffman_

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?): _it is Still pending_.

### III.   GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place?
_Greensville Correctional Center, 901 Correction Way, Jarratt Virginia 23870_

B. Does the institution listed in A have a grievance procedure?
Yes _✓_ No _____

C. If your answer to B is YES:
1. Did you file a grievance based on this complaint? Yes _✓_ No _____

2. If so, where and when? _Complaint & Grievance, Regional office 8-20-20 To 8-23-20_
_# GCC-20-INF-05592_

3. What was the result? _Exhaust Remedy, Time Barred me,_
_Delay & hindering Documents_

4. Did you appeal? Yes _✓_ No _____

5. Result of the appeal: _stated not Reveal Evidence To overturn_
_The Ruling, Grievance was unfounded._

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities?
Yes _✓_ No _____

If your answer is YES: What steps did you take? _written To Lead warden mr L. Edmonds_
_& assist warden ms C putney have not yet Responce To me._

E. If your answer is NO: explain why you did not submit your complaint to the prison authorities?
_n./a_

3

## IV.    STATEMENT OF THE CLAIM

{ State here as briefly as possible the facts of your case. Describe how each defendant is involved, and how you were harmed by their actions. You may include the names of any other persons involved, dates, and places of events. You may cite constitutional amendments you allege were violated, but do not give any legal arguments or cite cases or statues.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

( Attach additional sheets if necessary.)

my written Claim is on Doctor C mr Broth, Doctor — holland & Assist ms R Robin Deliberatly Disregard my Request several Times for medical Assistance for The Tooth That Doctor Broth first pull out on 11-18-2019, GCC-19-INF-08607, Later it Started oozing. I have written Complaints on 2-14-2020 1-15-2020 GCC-19-RFG-00641 & 11-26-2019 GCC-19-INF-08607, & Several more, They have Shown Neglet, Negligent and Being irresponsible, no consideration for my welfair, Lack of Adequate medical care, Doctor holland & assist Robin Shown cruielty, Deceitful and Trickery when They see me on 4-10-20 make me Believed The pills They Recommended on 4-11-20 for me To pick-up at The pill window was (Antibiotic) instead it was (2 Tylenol). I written Exhibit A-B Complaint Then I was Told To go Back To the pill window for The Antibiotic. They are not cap-able of handel/managing ower affairs, Lack of Responsibility. They put me Through on Great Deal of Stress, Suffering, mental Anguish, worring, The Discomfort inside my mouth for over 1½ year and counting, of The Constant oozing unpleasant Biter Tast, I constantly Request for outside medical Dental Assistence They Still have not Response. see Exhibit C, my Last Request on 12-13-20 which is over 6½ months now without fixing The problem. They Destroying / Butchering my mouth Leave me in The Condition of Ruin The others Tooths, which is no-fault of mind so. which They fill one Tooth ½ way filling Thats The Right Lower Back 4th Rows. Doctor holland say he fine nothing it could Be a hair Line fractor and he cant do no Drilling on no Tooth Because of (Covid). I must just keep Brushing That Tooth until. Then he Send me To medical for The Secon Time 10-05-20 for my nose, They Gave me (Ten) Day of (Antibiotic) Still did not stop The oozing/unpleasant Tast in my mouth every Day's, 24 hr. I Get NO Assistance from The Lead Warden mr L Edmonds and Assistence Warden ms C putney They Show Lack of Responsiblety for Being incharge of This instititon/Establishment They show no concern for human Life or care for my health They Deliberatly ignore my Request & com-plaint for Adequate medical Assistance for over year ½ which They handled my Complaint over

see Exhibit A →
Aug 25-2020

4

To Dental Department and never follow-up, which to There moral Ethical Responsibility To Assist us as owner Advocate, caretakers, without prejudice, Discriminate, unfairness & Retaliation for There coworkers They started Targeted me The moment I was Looking for Legal Representation, see Exhibit D Then The Thief of my mails, Tampering illegal unauthorize Search & Seizer of Legal Documents, Sabotaging, Delaying & hindering without probablecall at The post office Code of service Stated on (August 12, 1970, PL. 91-375 § 2,84 Stat 727) which I have Break-no Such Law for There Action To Seizing and Detaining my Legal Letters, see Exhibit E on when They Started Stoping my Legal mail in 5-4 mailroom Department, They Show no Respect for The Law, They cohoots with There colleagues on illegal mail opening of my property, mr holland and ms Robin see me Two Time's The Last Time I was sent To medical Department for Sinus Drainage which They Believed to The problem, unfortunately That Did not fix The problem, my mouth are still oozing/Draining. with all the unfairness, no one are held Accountable for There wrongdoing. if a Dog & Deathrow Can Get Excellent medical care. so what happen To my Excellent medical care? Do I continue on wate until my Body Slowly poisoning my Self until my health Started To Deterorate? which is cruiel unusual punishment. As of now April 2, 2021 my Eyesight Getting Blurry went To medical They set/Schedule me To see The Eye Doctor Building 11. I am Also Requesting from The Court/clerk office for an (Lien Application/form please) I Thank The Courts for There Assistance.

Dave Thomas
Respectfuly Submitted

## V.   RELIEF

I understand that in a section 1983 action the court cannot change my sentence, release me from custody or restore my good time. I understand I should file a petition for writ of habeas corpus if I desire this type of relief. *punitive* (initial) *Damage, pain & Suffering*

The plaintiff wants the court to: { check those remedies you seek}

_____ award money damages in the amount of $ *363,339.33* .

_____ grant injunctive relief by *motion To Remain persuade This Claim without Retaliation, Harassment, Discrimination*

_____ other _____

_____

## VI.   PLACES OF INCARCERATION

Please list the institutions in which you were incarcerated during the last six (6) months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

*Greensville Correctional Center 901 Correction Way Jarratt Virginia 23870. its over a year still having The Dozens no outsid medical help I Requested.*

## VII.   CONSENT

CONSENT TO TRIAL BY MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C.S. 636 (C) to have a U.S. Magistrate Judge preside over a jury or court-trial with, with appeal to the District Court or direct appeal to the United State Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge? Yes _✓_ No _____
You may consent at any time; however, any early consent is encouraged
If you checked YES, do you wish to have an appeal to the District Court or directly to the U.S. Court of Appeals? (Choose One) *U.S. Court of Appeals*
_____

## VIII.   SIGNATURE

If there is more than one plaintiff, each plaintiff, must sign for himself or herself.

Signed this *23* day of *June* , 20 *21* .
Plaintiff *Dave Thomas*

## APPLICATION TO PROCEED IN FORMA PAUPERIS IN THE
## UNITED STATES DISTRICT COURT, PURSUANT TO (28 USC 1915)

I hereby apply for leave to proceed with the complaint to which this affidavit id attached without prepayment of fees or cost or giving security thereof. In support of my application, I state under oath that the following facts are true.

(1) I am the plaintiff in this complaint, and I believe that I am entitled to redress.

(2) I am unable to prepay the costs of this action, or give security thereof, therefore, Because: *I am indigent Deprieving from working By wrongful Terminated for the secon time Employ from 2009 To 2020 no latitude income from family.*

(3) I have no assets or funds which could be used to prepay the fees or costs of $ **350.00**.

*Dave Thomas*
Signature

STATE OE: *Virginia*
COUNTY OF: *Greenville County*

I, *Criphel Ragsdale*, being first duly sworn declares that *Dave Thomas*, has read and subscribed the above and states that the information therein is true and correct.

*Dave Thomas*
Signature

Subscribed and sworn to before me on this *19th* day of *January* 200 *2021*

My Commission Expires On: *01-31-2024*

*Criphel Ragsdale*

CRYSTAL RAGSDALE
· NOTARY PUBLIC
Commonwealth of Virginia
Registration #7854592
My Commission Expires *01-31-2024*

*Criphel Ragsdale Notary*
Signature and Title

## CERTIFICATE

*(12/8/2020)*

I certify that the plaintiff herein has the sum of $ **13,47** on account to his/her credit, at the penal institution where he/she is confined. I further certify that the plaintiff likewise has the following securities, $ **N/A**, to his/her credit according to the records of this penal institution.

*S. Simmons*
*Fiscal Tech Sr.*
Signature and Title

*8*

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF CORRECTIONS
P. O. BOX 26963
RICHMOND, VIRGINIA 23261-6963

23870895 18 RCVD

C. 240

Offender #1077894 Dave Thomas
Greensville Correctional Center
901 Corrections Way
Jarrat, Virginia  23870-0614



U.S. POSTAGE >> PITNEY BOWES

ZIP 23225
02 4W
0000361189 JUN  22  2020
$ 000.50⁰



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

_Dental_

# REGULAR GRIEVANCE

Log Number: _____

| Thomas | Dave | 1077894 | 2 | 117  B |
|--------|------|---------|---|--------|
| Last Name | First | Number | Building | Cell/Bed Number |

WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) Unfortunately I was not aware/informed That Mr Edmonds are no Longer Lead warden at G.R.C.C, it's obvious Dental Department Mr Rollen & ms Robin shown no intrest on fixing what Doctor Mr Broth have pull my Tooth which are still oozing, which I Requested for Outside Dental Medical Assistance (That's why I Address This Complaint To The Lead Warden for Assistance) which This institution is under his Supervision it is his Responsibility To instruct Dental or Admininistration To Assist me Outside Medical Assistance if your Staff cant proform There Duties without jeopardize my health be Responsible for not mistreated, Neglect, ignore offender welfare, it's appear no one want To Address This problem/issue what are yall waiting for (Negligent homicide) which is time for me To Take out criminal Negligence of Those involving This cruel punishment Relating To a crime, That a crime (please Be advice This is all I have copy) I declar under penalty of perjury That The forgoing statement is True and Correct.

What action do you want taken? Terminate All Those who are involving with This cruel & unusual punishment That They shown Repeatly, cruelty, Discrimination, prejudice, Negligent, Neglect, mistreated on me foreigner.

Grievant's Signature: without prejudice  Dave Thomas     Date: September 10  2020  ℅ DT

Warden/Superintendent's Office: _____

Date Received: _____

**RECEIVED**
SEP 1 4 2020
GRCC GRIEVANCE OFFICE

Revision Date: 1/13/14



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

INSTRUCTIONS FOR FILING: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

INTAKE: Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| 🅧 | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. *3/29/2020* |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *Kp____* Date: *9/14/2020*

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____ Date: _____

WITHDRAWAL OF GRIEVANCE: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____ Date: _____

Staff Witness: _____ Date: _____

Revision Date: 1/13/14



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint    **3 NOTICE UNANSWER**

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

*Thomas Dave*           # *1077894*                *2 - 117*
Offender Name                  Offender Number            Housing Assignment

- [ ] Unit Manager/Supervisor      - [ ] Food Service        - [ ] Treatment Program Supervisor
- [ ] Personal Property            - [ ] Commissary          - [ ] Mailroom
- [ ] Medical Administrator        - [ ] Other (Please Specify): *Lord Warden Mr L Elmonds*

Briefly explain the nature of your complaint (be specific): *which is your Moral Ethical Responsibility your in*
*Written several complaints that is unanswer By complaint Coordinator no Recei* *3-29-20 & 8-10-20*
*situation as D.O.C instructed policy, ruler. Be professional show some professional common curtesy when*
*we Exercise ower Right without mistreated & you proform your Dayl Duties showing care for Staff & offender*
*welfare without Collusion, Biased, favoritism for your Coworkers. Be impartial, Take some Responsible Critie*
*ism for your Staff action under your Supervision of Answerable. My complaint is about (Dental) mr Broth,*
*ness, Negligent & Retaliation. The pulling of my Tooth that still oozing for 8 months. They are not trustworthy, whe*
*is the consequences of there wrong doing*

Offender Signature *without prejudice Dave Thomas*     Date *August 25, 2020*    C/o D# 1-2

Offenders - Do Not Write Below This Line

Date Received: *8-27-20*
Response Due: *9-11-20*                            Tracking # *GCC-20-INF-06250*
Action Taken/Response:              Assigned to: *Dental*

_____

_____

_____

_____

_____

_____

_____

Respondent Signature              Printed Name and Title              Date

RECEIVED
SEP 1 4 2020
GRCC GRIEVANCE OFFICE

WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint,
I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue

Offender Signature: _____

Staff Witness Signature: _____     Date: _____

_____     Date: _____

*14*

VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

*Received Tuesday 9-1-20 at 2:58 By* ~C/omsnic~

866.1 A-3

DOC Location: GCC Greensville Correctional Center

Report generated by Peterson, D L

Report run on 08/27/2020 at 09:30 AM

Grievance Number: <u>GCC-20-INF-06250</u>

Next Action Date: <u>09/11/2020 12:00 AM</u>

| On this date: | 08/27/2020 | | I have received a statement from: |
|---|---|---|---|
| | | | Greensville Correctional Center |
| Thomas, Dave A | | 1077894 | of HU2-1-117-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Offender states that his complaint is with dental and the pulling of his tooth that's still oozing for 8 months. | | | |
| *D. Peterson* | | | *(signature)* |
| *(Signature)* | | | *(Title)* |

RECEIVED

SEP 14 2020

GRCC GRIEVANCE OFFICE

Rev. 03/30/2009

*15*

To: Grievance Department

Blue Box ℅ please, Thank you.

*Exhibit A*

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

*Received monday 9-14-20 by Mr Davis*

**Informal Complaint** **3** NOTICE UNANSWER

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| | | |
|---|---|---|
| *Thomas Dave* | *# 1077894* | *2 - 117* |
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator

- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): *unanswer*

- [ ] Treatment Program Supervisor
- [ ] Mailroom

*Lead Warden Mr L Edmonds*

Briefly explain the nature of your complaint (be specific): *Written several Complaints that was answer By Complaint Coordinator no Receipt 3-29-20 & 8-10-20 which is your Moral Ethical Responsibility your situation as D.O.C instructed policy, Rules Be profesional show some profesional Common Curtesy when we Exercise our Right without A Mistreated & you proform your dayl Dutes showing care for staff & offend welfare without Collusion, Biased, favoritism for you Coworkers. Be impartial, take some Responsible Critu ism for your Staff Action under your Supervision & Answerable. my Complaint is about (Dental) mr Broth mr Holten & ms Robin. Have obligation giving medical Assistence without Refusing; Sabotage, Neglect, spite negligent & Retaliation. the pulling of my tooth that still oozing for 8 months they are not trustworthy, wh is the Consequences of these wrong doing*

Offender Signature *without prejudice Dave Thomas*    Date *August 25 2020* %c DT 1-2

**Offenders - Do Not Write Below This Line**

Date Received: *8-27-20*

Response Due: *9-11-20*

Action Taken/Response:

Tracking # *GCC-20-INF-06250*

Assigned to: *Dental*

*You were seen on November of 2019 and had a tooth extracted by Dr. Brown. I saw you on April 10th 2020 to address your concern that there was possibly still tooth fragments left from the extraction. You also mentioned you had an "oozing" coming from said sight. On April 10th 2020 I preformed an examination and we also took radiographs. Nowhere in my clinical examination did I see any unusual tissue, I noted no drainage, all adjacent tissues/structures were normal and radiographically no fragments of bone/tooth or otherwise were seen. I explaind that the site visually and radiographically looked completely healed and healthy.*

Respondent Signature    *Dr. Holland    Dentist*    *9/9/2020*
Printed Name and Title    Date

WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

12 /16

9-2-240

from Dave Thomas 1077894
Greensville Correction Center
901 Correction Way.
Jarratt Virginia  23870

RECEIVED

JUN 1 8 2020

OMBUDSMAN SERVICES UNIT

To: Mr Harold .W Clark
6900 Atmore Drive
Richmond Virginia  23261

may 30-2020

Dear Mr Clark
  on may 11 20 I had mail out my Grievance Complaint To your office
/To you about Dental not giving me the medical assistance That They
must Because of there wrong, it's over 3 weeks and I have not see
or here from your office or you, That is one of my Complaint is
mail Tamper not getting to Richmond office on Time & Time Barred
so can you please Look into my Complaint & fine out what Happen
To my mail. Tracking number # 05-02-2020 GCC-20-INF-02653



COMMONWEALTH OF VIRGINIA
DEPARTMENT OF CORRECTIONS
EASTERN REGIONAL OFFICE
14545 OLD BELFIELD ROAD
CAPRON, VIRGINIA 23829

Received monday 6-14-20 11/13 pm

D. Thomas 1077894
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870

1-6

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

*Received friday 5-8-20*
*at 6:00 pm*
*By officer Valentine*

## REGULAR GRIEVANCE

Log Number: _____

| Last Name | First | Number | Building | Cell/Bed Number |
|-----------|-------|--------|----------|-----------------|
| Thomas | Dave | 1077894 | 2 | 229 B |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) As I stated on the Request I sent to your office. Let's try to work together to fix this problem that your coworker did. Unfortunately the problem are still there, I did get the pills for 10 days as you stated. my gum are still oozing up so now something is very wrong here. I came up with an idea, why don't yall get a (Test Tube) or (petrie dish) and swab my mouth & send it to the Lab so you can know what kind of infection, then we can go from there to see if I get my gum open or not. no more lie's or you think I am craze. Every Body know their Body when something is wrong (can you send me a copy of my Request that the warden send to you, on 4-10-20 when I was there) thank you for your time. P.S here is a copy of the Request. Some how medical get the Request no answer. I see medical for Blood work about this infection on 4-30-20 they stated that's dental job, she fax/E-mail mr Roffen DT about my problem.

**What action do you want taken?** just work with me an try to fix this problem before it get Bad, and teach your staff on how to Be clean, respectful, caring to others (not) spiteful, Because we are human too!

Grievant's Signature: without prejudice Dave Thomas          Date: 5-3-2020

Warden/Superintendent's Office: _____

Date Received: _____

**RECEIVED**
MAY 06 2020
GRCC GRIEVANCE OFFICE

RECEIVED
MAY 19 2020
OFFICE OF HEALTH SERVICES

**RECEIVED**
MAY 29 2020
Ombudsman Unit
Eastern Region

Revision Date: 1/13/14



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE**: Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☒ | More than one issue – resubmit with only one issue  *Dates – One date – One issue* |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *S Tapp*    Date: *5/6/20*

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☒ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *(signature)*    Date: *5/29/2020*

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 1/13/14*

2

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

*Received 5-1-20 7:25 ᵖᵐ Friday* Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-229 |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| N-A | ms moody | | 04-26-20 | |

TO: ☐ Unit Manager   ☑ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☐ Warden   ☐ Dental
☑ Other *For ms Robin & mr Hollen*

CHECK PURPOSE   ☑ Appointment Request   ☐ Question/Statement

*Hello mr hollen & ms Robin, all show y'all Decisive me & Taking me for a fool and Tricking me To Belive. I was geting Antibiotic Lets Try on working Together To fixing This problem That your Coworker did unfortunatly The problem are still There I did Het The pills for 10 days as you stated my Gum are still oozing up To now Something is very wrong here. I came up with an idear why don't y'all get a (Test Tube) or (Petrie Dish) with a swab Then swab my mouth & send it To The Lab so you can know what kind of infection Then we can go from There. to see if I also get my Gum open or not. no more Lie or you thin king I am crazy. every Body know There Body whin something is wrong. Thank you for your Time (can I have a copy of my Request That The warden send To you on 4-10-20 when I was There) Thank you   without prejudice. Dave Thomas*

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

RESPONSE

Request sent to correct department ☑ Yes ☐ No; Routed to: *Medical*   Date: *4/30/2020*

*RECEIVED
MAY 29 2020
Ombudsman Unit
Eastern Region*

*RECEIVED
MAY 06 2020
GRCC GRIEVANCE OFFICE*

Offender seen ☐ Yes ☐ No

*[signature]*
Official Responding

*4/30/2020*
Date of Response

Revision Date: 10 26 17

20

VIRGINIA
DEPARTMENT OF CORRECTIONS

## Offender Request  *medical Bld*

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-229 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | ms moody | 04-14-2020 |

TO:  ☐ Unit Manager  ☑ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☐ Dental
☐ Other _____

CHECK PURPOSE  ☑ Appointment Request  ☐ Question/Statement  I am Writing This Request
to see the doctor about a tooth that was Remove By docter Broth that is still
oozing Beside the tooth for month. (I am Requesting for Blood work Run) To make sure
the infected gum did not poison me / infected my Body, I went to dentist office on (4-10-20)
they give me antibiotic so they say, for one Day they give me. Then 2 Tylenol Two Time a day.
What does Tylenol going to do for an infected gum that's long over due. They are not try-
ing to fix the problem They are Trying to kill me. That's why I am Requesting for the
Blood work to make sure That the spiteful ness dont Jeopardize my Health. The
oozing taste (Bitter, Slimey) I need This Disgusting taste out of my mouth please.
Thank you for your assistance ( Blood Test / Work ) need Antibiotic

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

### RESPONSE

Request sent to correct department  ☑ Yes  ☐ No; Routed to: Medical   Date: 4/16/20

The antibiotics are a 1000mg a day for the infection and
tylenol. 650mg a day til 10 few to day for the pain. I will forward
to medical for blood work

RECEIVED
MAY 29 2020
Ombudsman Unit
Eastern Region

RECEIVED
MAY 06 2020
GRCC GRIEVANCE OFFICE

Offender seen  ☐ Yes  ☐ No

_(signature)_                         4/16/20
Official Responding                  Date of Response

DEPARTMENT OF CORRECTIONS                                          Offender Request 801_F3_10-17    4

Received Wed 4-15-20 answer        Offender Request  NOTICE 1          Exhibit B

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to
   the wrong department or if duplicate requests are
   sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | T | 1077894 | 2-229 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | ms moody | 4-12-20 sunday |

TO: ☐ Unit Manager   ☐ Medical        ☐ Personal Property  ☐ Law Library      ☐ Security
    ☐ Treatment      ☐ Mental Health   ☐ Education          ☑ Enterprise Shop  ☐ Accounting
    ☐ Chaplain       ☐ Assistant Warden ☐ Warden            ☑ Dental
    ☑ Other Dental Ass/Doctor ms Robin Allen & ~~holler~~ D.T

CHECK PURPOSE  ☐ Appointment Request  ☐ Question/Statement  on Saturday 4-11-20
went to pill window Received 2 Antibiotic pills Return Sunday about 4:30 AM Received
2 Tylenol afternoon about 5:00 pill window Received 2 moor Tylenol nurse Thompson told it
stop saturday she only have Tylenol The doctor have for me (What can tylenol For Gum infected
that are still oozing you all have proven That you are deliberate ignore my Health coincide
together inflect cruel punishment on me, you have Control of X Ray machine To make it
do what you want, you don't have Control of my Body Because I know when Something is
wrong with me, is this how you Evaluate some one By Lying / Truck me to Believe I am
Being Treated with Antibiotic, I Believed it's Time for Youth / Lawyer to Look into
my months neglect, Refusing, spitefulness, Retaluation and Sabotage you wont fix the
without prejudice Dave Thomas                    problem   cc/ D.T, L.w, family
                                                           informal Comp...

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

RESPONSE

Request sent to correct department ☑ Yes ☐ No; Routed to: Building 11 Dental  Date: 4/13/20

You have An Order for Amoxcillin Twice
A day for the Next 10 days. Please come
to pill Window.

Thanks

RECEIVED MAY 29 2020 Ombudsman Unit Eastern Region
RECEIVED MAY 06 2020 GRCC GRIEVANCE OFFICE

Offender seen ☐ Yes ☐ No

Official Responding _____    Date of Response _____

Revision Date: 10 26 17

22

Denial, Department

RECEIVED
MAY 0 8 2020
GRCC OMBUDSMAN

Ombudsman Unit
Eastern Region



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

*Received 5-1-20 FRIDAY* Informal Complaint    *NOTICE*

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| | | |
|---|---|---|
| *DAVE THOMAS* | *1077894* | *2-229  B* |
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor     ☐ Food Service          ☐ Treatment Program Supervisor
☐ Personal Property            ☐ Commissary            ☐ Mailroom
☑ Medical Administrator        ☐ Other (Please Specify): *MS Robin & DOCTOR MR* ~~Rollen~~ *D.T*

Briefly explain the nature of your complaint (be specific): *on 4-10-20 went to dental see Ms Robin & doctor, ms Robin take 2× Xray one dont show, doctor check my Gum he clame he see Blood when he scrape, I Told there oozing still soming out where I show him They Stated they give me Antibotic on 4-11-20 Recieved it Then on 4-12-20 they give me Tylenol morning & afternoon, The deliberate ignore my Health, how can Tylenol fix an infected Gum that Been oozing for months There are Coincide neglect, Refusing, spitefulness Retaluation & Sabotage Lying/Tricking me To Believing I am geting/Treated with Antibotic Thats cruel unusual punishment*

Offender Signature *without prejudice Dave Thomas*    Date *04-12-2020 Sunday*

---

Offenders - Do Not Write Below This Line *C.C/Lw, D.T family*

Date Received: *04/17/2020*                                   Tracking # *GCC-20-INF-02685*
Response Due: *05/02/2020*         Assigned to: _____*Dental*_____
Action Taken/Response:

*Mr. Thomas,*
*You have been prescribed an antibotic and pain med's.*
*This has been double Checked by Dr. Holland and*
*nurse's have Confirmed that the antibotic has been*
*given. If you did not go to get it then that may be*
*why you did not get it. However noone is not treating*
*an issue in which per Dr. Holland and X-ray*
*Confirmation there is no Infection present.  Thank You*

*Robin Allen*            *Robin Allen Dental asst*    Date *4/27/2020*
Respondent Signature        Printed Name and Title

WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____

Staff Witness Signature: _____
_____

RECEIVED
MAY 29 2020
Ombudsman Unit
Eastern Region

RECEIVED
MAY 06 2020
GRCC GRIEVANCE



VIRGINIA DEPARTMENT OF CORRECTIONS

866.1 A-3

**Grievance Receipt**

DOC Location: GCC Greensville Correctional Center

Report generated by Ragsdale, C M

Report run on 04/17/2020 at 02:49 PM

Grievance Number: <u>GCC-20-INF-02653</u>

Next Action Date: <u>05/02/2020 12:00 AM</u>

| On this date: | 04/17/2020 | | I have received a statement from: |
|---|---|---|---|
| | | | Greensville Correctional Center |
| Thomas, Dave A | 1077894 | of | HU2-2-229-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

Offender states Ms. Robbins and Dr. Gore on 04/10/20, wen to dental to see Ms. Robins and Dr. Gore. Ms. Robins took 2 Xrays and one don't show doctor check my gums he claim he see blood he scrape. Offender states there is oozing still coming out where I show him. Offender stated they gave me an antibiotic on 04/11/20 and received on 04/12/20. Offender states they gave me Tylenol. Offender states how Tylenol fix and infected gum.

| | |
|---|---|
| *(Signature)* | OSS *(Title)* |



RECEIVED
MAY 29 2020
Ombudsman Unit
Eastern Region

Rev. 03/30/2009

24/

RECEIVED

MAY 1 9 2020

OFFICE OF HEALTH SERVICES

2-229
from Dave Thomas 1077894
Greensville Correctional Center
901 Correction Way.
Jarratt Virginia 23870

May 9 2020

To: Director Mr harold W Clark
6900 Atmore Drive
Richmond Virginia 23261

RECEIVED
MAY 29 2020
Ombudsman Unit
Eastern Region

[ Deliberate and indifference]

Dear Mr Clark
    I am writing This Appealed about my Several month's of complaint
about my gum where the Tooth was pull I had write several Request,
and Complaint, Grievance as well To Richmond office, your Grievance
coordinator S. Tapp & K. Pluee. make no attempt to assist me medical
Assitance unprofessional performance They Deliberat ignore/ Refusing
medical Aid They & Doctor Broth, mr hollen & assit ms Robin jeopa-
rdize my health not Being Unbiased, impartial without prejudice shown
faveritism To there coworkers when there are doing wrong. They shown
carelesoness, no concern about my welfare/ health. They have Beend
Sabotage & Time Barred Coincide with doctor Broth & hollen, ms Robin
wrong doing. Unfortunately The medical problem are Still There The oozing
from my gum, which is Long over due. which is Cruel Unusual punis-
hment with This Dental problem for months. Animal Get Better care/
Aid Than me. Q when am I going To get The proper medical Assistance
as D.O.C Stated ? @ Q if Administration/ Warden's & Regional office will
not help me Then who will ?. They always post date The complaint's
As for instinct, Grievance went Out on 5-3-20 Sun Then They Received it
on 5-6-20 Wed it Return To me 5-8-20 fri which institution mail Take
Same day, so it Leave me no Time for mail To Reach Eastern ombudsman
To answer befor The 5 days, That's Sabotage That Ended up Time Barred,

25 1

RECEIVED
MAY 29 2020
Ombudsman Unit

I write To Warden putney on 03-29-20 still no answer. I write to
Lead Warden as well for Assistance which was Request Still no answer
what do I do with this problem. That no one are Trying to fix/assist
?

I Believed That D.O.C Should Look into This mr Clark and change
The way they Continue on Time Barring The Grievance Complaint,
After The Complaint and The Grievance Ron it's course Through The
process All The way To Eastern Regional office, if it is Determined To
Be a "Legitimate issue Which some Constitutional Violation is Di-
scovered Regional office Should Let The Grievance Be heard and if it
if it found To Be a Violation of over Constitution Right, it should
Be allowed To Stand and The issue Should Be Resolved/founded,
The problem seems To Be Mail (Distribution), the number one issue
/concern of most Complaint is The Administrater Not answering Com-
plaint/ Grievance on a Timely Manner is Mostly Negligent in Getting
Mail/ Response Back To us Offender in a Timely Manner So That
we can Send it Out Before we/ he's Be Time Barred,
Something needs To Be Done By The Regional Director on investigation
into This which Show how our Right are Being Violated Deliberately,
holding over Mail's in Order for The Complaint/ Grievance To Aut-
omatically Be (Time Barred).
The Thought's on Department of Correction policy/ Rules That Time
Bar Grievance on Complaint's That Leave us Clear Merit if The
Attorney General protected Administration Right's, Then who will
protect over Right's There Always interference with prisoners
Access To The Grievance procedure By With-holding & Tampering
with over mail Reaching There Destination. Can you please help me
with This problem.

I Declar Under penalty of perjury That The forging Statement is True
and Correct.

with out prejudice    Dave Thomas
                      Respectfully Submitting

26  2

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

## Offender Request

*My Copy*

**DIRECTIONS**
1. Fill in your <u>Name, Number, Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 9-2-240 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | Mr Booker | 06-11-20 |

**TO:**
☐ Unit Manager   ☐ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☐ Warden   ☐ Dental
☐ Other _____

**CHECK PURPOSE**   ☐ Appointment Request   ☐ Question/Statement

I am Requesting for my Grievance Appeal That I mail out to Mr Clark on 5-11-20 which is over 5 weeks now Tracking # GCC-20-INF-D2655 & GCC-20-INF-02653. I was at S-1-2-229 when this happen I am not addressing this inform al To S-3. So can you please write the Tracking so that I can Read It & write your name. Thank you

And a Receipt Thank you for your Assistance

Received 6/10/2020           (NEED Receipt)           Tracking GCC-2084 &
Response 6-25-2020
     Sign R-Dave     (No Responsed)

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

_____
_____
_____
_____
_____
_____
_____
_____

Offender seen ☐ Yes ☐ No

**Official Responding** _____     **Date of Response** _____

*Revision Date: 10/26/17*

27



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint    ~~I~~ NOTICE    my Copy

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint. 200

| Dave Thomas | 1077894 | 9 Bld # 240 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor    ☐ Food Service    ☐ Treatment Program Supervisor
☐ Personal Property    ☐ Commissary    ☐ Mailroom
☐ Medical Administrator    ☐ Other (Please Specify):

Briefly explain the nature of your complaint (be specific): I just don't understand why my mail don't Reaching its Distenation, I had mail out my Grievance Complaint To Mr harold W Clark weeks now Befor I come to 9Bld I have not yet Receive an answer or get my Complaint Back. I send out an Letter to him and it Return Back after I handed my mail to Sg Clairborn. I will Like To know what happen to my Complaint and why is my mail Returning Back to me. Today 6-8-20 I mail out the Letter out to mr Clark. (By C/o Browser) I have a Copy

Offender Signature without prejudice Dave Thomas    Date 06-08-20

Offenders - Do Not Write Below This Line

Date Received: 6/10/2020

Response Due: 6/25/2020      Tracking # GCC-20 _____

Assigned to: _____

Action Taken/Response:

This is how The informal was written That why I Requested for Them to fip on 6-11-20 (DT)

By R Dove 6/10/20

Respondent Signature      Printed Name and Title      Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____

Staff Witness Signature: _____ Date: _____

28

my copy

from Dave Thomas  9-2-240
1077894
Greensville Correction Center
901- Correction Way
Jarratt Virginia  23870


To: Mr Harold W Clark
6900 Atmore Drive          May 30 2020
Richmond Virginia  23261


On may 11, 20 I mail out my Grievance To your office/To you
about Dental not giving me the medical assistance that they
must Because of There wrong, it over 3 week's and I have not
see or here from your office, that is one of my Complaint
is mail Tamper not getting To Richmond office. So can you
please Look into my complaint and find out what happen
To it. Tracking number 05-02-2020  GCC-20-INF-02653
     Thank you for your Assistance.

29

DEPARTMENT OF CORRECTIONS                                          Offender Request 801_FS_10-17

## Offender Request

*my Copy*

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-229 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N-A | MS Moody | 04-26-20 |

TO: ☐ Unit Manager ☑ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Dental
☑ Other *To mr Robin & mr Holien*

**CHECK PURPOSE** ☑ Appointment Request ☐ Question/Statement

*Hello mr holien & mr Robin, All three yall dicisive me I taking me for a fool and Tricking me to Believe I was getting Antibiotic Pills Try on working together to fixing this problem that your Counsler did unfortinatly the problem are still there I did use the pills for 10 days as you stated my gum are still oozing up to now something is very wrong here. I came up with an idea why dont yall get a (Test Tube) or petri dish) with a swab then swab my mouth & send it to the lab so you can know what kind of infection then we can go from there to see if I also get my gum open or not. no-more lie or you then king I am Diabe every Body know there Body when something is wrong. Thank you for your time (can I have a copy of my request that the warden send to you on 4-10-20 when I was there) thank you.*

*without prejudice Dave Thomas*

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

_____

_____

_____

_____

_____

_____

_____

_____

Offender seen ☐ Yes ☐ No

_____

Official Responding                          Date of Response

*Revision Date:10 26 17*

**3 NOTICE**



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1     Attachment 3

## Informal Complaint     *NOTICE*

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Dave Thomas                    1077894                    2-229    B

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|

☐ Unit Manager/Supervisor        ☐ Food Service        ☐ Treatment Program Supervisor
☐ Personal Property              ☐ Commissary          ☐ Mailroom
☑ Medical Administrator          ☐ Other (Please Specify): Ms Robin & Doctor mr Gou

Briefly explain the nature of your complaint (be specific): on 4-10-20 went to dental see Ms. Robin & doctor, ms Roben take 2x hey one dont show. Doctor check my Gum he clame he see Blood when he scrape, I told there oozing still coming out where I show him they stated they give me Antibiotic on 4-11-20 Recieved it then on 4-12-20 they gave me Tylenol morning & afternoon the deliberate ignore my Health, how can Tylenol fix an infected Gum that Been oozing for months there are coincide neglect, Refusing spetefulmait Retaliaution & sabotaze Lying/tricking me to Believing I am geting/treated with Antibiotic that's cruel unusual punishment

Offender Signature Without prejudice /s/Dave Thomas    Date 04-12-2020 Sunday

Offenders - Do Not Write Below This Line     CC/Lw, D.T family

Date Received: 04/17/2020                         Tracking # GCC-20-INF-02655
Response Due: 05/02/2020        Assigned to: Dental
Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

Respondent Signature _____     Printed Name and Title _____

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____     Date: _____

Staff Witness Signature: _____     Date: _____

31

Received 4-23-20 THURSDAY



VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

866.1 A-3

DOC Location: GCC Greensville Correctional Center

Report generated by Tapp, S A

Report run on 12/16/2019 at 09:01 AM

Grievance Number: <u>GCC-19-REG-00641</u>

Next Action Date: <u>01/15/2020 12:00 AM</u>

| On this date: | 12/16/2019 | | I have received a statement from: |
|---|---|---|---|
| Thomas, Dave A | | 1077894 of | Greensville Correctional Center |
| | | | HU2-2-229-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| On November 18, 2019 Dr. Broth was unprofessional to you as he told you to swallow your saliva when you wanted to spit. | | | |
| *S. Tapp* | | | *HRA* |
| *(Signature)* | | | *(Title)* |

Rev. 03/30/2009

32

Received Wed 12-18-19

VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DOC Location: ERO Eastern Regional Office
Report generated by Lewis, D A
Report run on 01/27/2020 at 03:12 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Thomas, Dave A | 1077894 | **Current** Greensville Correctional Center | | GCC-19-REG-00641 |
| **Housing** | | **Filed** Greensville Correctional Center | | |
| HU2-2-229-B | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER

MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

Your grievance appeal has been reviewed along with the response from the Level I respondent and the complaint form.

In your grievance you allege that on November 18, 2019 Dr. Broth was unprofessional to you as he told you to swallow your saliva when you wanted to spit.

An investigation into your claims did not reveal evidence to overturn the ruling of the Level I respondent.

Your grievance is governed by Operating Procedure 135.2 Rules of Conduct Governing Employees Relationships with Offenders.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance was Unfounded. Upon review of supportive documentation, it appears no evidence to substantiate the claim; there is no further action to be taken at this level.

In accordance with Operating Procedure 866.1, Offender Grievance, Level II is the last level of appeal for this grievance. You have exhausted all administrative remedies

| | | |
|---|---|---|
| Marcus Elam, Regional Administrator | | |
| *M. Elam  RA* | | *1-30-20* |

33 6

VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: GCC Greensville Correctional Center
Report generated by Tapp, S A
Report run on 01/06/2020 at 10:55 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Thomas, Dave A | 1077894 | **Current** Greensville Correctional Center | | GCC-19-REG-00641 |
| **Housing** | | **Filed** Greensville Correctional Center | | |
| HU2-2-229-B | | | | |

LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE    (To be completed and mailed within 30 calendar days)

**In your grievance you allege that** on November 18, 2019 Dr. Broth was unprofessional to you as he told you to swallow your saliva when you wanted to spit.

**As a result of this grievance you would like** Dr. Broth moved to another institution for better training on how to be professional and how to be respectful to patients.

**The results of the informal process reveal** that per Dr. Broth, Dentist, following routine extraction without complications, my assistant Ms. Winfield took instruments to the sterilization area.  I removed my gloves and proceeded to write my notes.  At this time, patient insisted he needed to spit and I told him it was saliva and he could swallow.  He became argumentative and insisted.  I again, while I continued to write chart notes, told him he could swallow and that there was nothing bad in his mouth.

**An investigation into your complaint indicates** that your grievance is governed by a restricted policy that expounds on staff's relationships with offenders.

Further investigation reveals that the Grievance Office contacted the Dental Department and was advised that you had a routine extraction and had no complications. When you stated that you needed to spit, Dr. Broth advised you that it was nothing but saliva and that you could swallow as there was nothing bad in your mouth.  You became argumentative with the doctor.  There was no evidence to support your allegations that Dr. Broth was unprofessional in his actions with you.

**Your grievance is governed by** a restricted policy.

**After thoroughly reviewing the information presented by staff in response to your complaint and the policy governing the issue,** I find your grievance to be **UNFOUNDED** as there was no evidence to support your allegations that Dr. Broth was unprofessional with you.

RECEIVED

| If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to: Regional Admin. 14545 Old Belfield Road, Capron, VA  23829 | JAN 13 2020 Ombudsman Unit Eastern Region |
|---|---|

| _MACK BAILEY_ | | 1/7/20 |
|---|---|---|
| Warden/Superintendent | | Date |

I wish to appeal the Level I response because: ms. Winfield did Not took no instruments To sterilization, he is lieing). Because all The instrument's is There, Ms. Winfield went to The Back To change here sweater Because she was (hot) when she Return she pick up The Tube That faul on The ground That mr Broth Refuse To pick up. he stated To me let it stay There after he give me The suction when he try forceing me To swallow my Saliva, he did not change his gloves

Offender Signature *without prejudice Dave Thomas*     Date 1-9-2020

That he have moving the light and writing with, as mack Bolest stated governed by Restricted policy that Expounds staff Relationships with offender. Then why the same tooth after/about 2 month is hoosing from it and I Requested to Return Back to the dentist office 2 Time 1-20-19 & 1-2-20 no Respond is That (professional) when some one is doing something to you that is wrong and uncomfortable, disgusting and you speak out stop or what is your problem That not argumentative. your Administration do (Not) Like to comply with policy if policy was being follow there not be that much complaint and Time Bar on Complaint. Every dental office you go to out there they give you something to take out your Solvia and treated Like human Being Not Like Animal, it appear to me that (No) matter what staff member do to us Administration will found ower Complaint unfounded, Mr Broth was to me unprofessional, demanding, and make my Visit to the dental office uncomfortable.

Thank you for your Assistance.

**RECEIVED**

**JAN 13 2020**

Ombudsman Unit
Eastern Region

35 4



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

GCC-19-Reg-00641

Log Number: _____

| Thomas | Dave | 1077894 | Bld 2 | 229 B |
|--------|------|---------|-------|-------|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) Today is Thursday 12-12-19 it appear to me that medical department showing They are Not going To Response To my informal Complaint on doctor Broth, That I stated on 11-18-19 on my Visit To The dentist office That he shown he dont Like his Job or Taking care of offenders, Mr Broth make my Visit uncomfortable, disrespectful he so disgusting will not give proper Tool That needed for patient. That's The suction Tool he shown he dont Like Rejection, is That how your department (Train) your (Employee's) To Be Unprofessional, demanding when The patient Request for medical Treatment. I still did not get my other (Teeth) taken care of. (I DONT WANT NO ASSISTANCE FROM DOCTOR BROTH).

What action do you want taken? move Mr Broth To a other institution for Better Training on how Treat patient on professional & Be a Better dentist with his patient so That They will not be uncomfortable, how To Be Respectful To your patients.

RECEIVED

JAN 13 2020

Ombudsman Unit
Eastern Region

Grievant's Signature: without prejudice Dave Thomas   Date: 12-12-19

Warden/Superintendent's Office: _S. Lapp_

Date Received: _12/16/19_

RECEIVED

DEC 16 2019

GRCC GRIEVANCE OFFICE

Revision Date: 1/13/14

—



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance  866_F1_1-13

---

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _____  Date: _____

---

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____  Date: _____

---

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____  Date: _____

Staff Witness: _____  Date: _____

Revision Date: 1/13/14

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Dave Thomas | 1077894 | 2-229 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor  ☐ Food Service  ☐ Treatment Program Supervisor
☐ Personal Property  ☐ Commissary  ☐ Mailroom
☑ Medical Administrator  ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific): on 11-18-19 my Visit To dentis was the most uncomfortable, disrespectful, disgusting That I Take offensive By what mr Broth did To me after the Lady Leave. asked him for something To spit in, he stated swallow it I asked for the suction, he told me To swallow my Saliva he try To make swallow my Saliva By using tool with small mirrow, I stop him & asked him what your problem !! he say he have no problem. mr Broth was unprofessional, demanding he must be accountable for his action. This is a matter that to be Address. I don't need medical care from mr Broth. Thank you for your assistence.

Offender Signature _without prejudice Dave Thomas_    Date _November 19 2019_

Offenders - Do Not Write Below This Line    cc/DT

| Date Received: 11/26/2019 | | Tracking: GCC 19 INF-08607 |
|---|---|---|
| Response Due: 11/26 12/11/2019 | Assigned to: _Dotta_ | |
| Action Taken/Response: | | |

RECEIVED
JAN 13 2020
Ombudsman Unit
Eastern Region

_____    _____    _____
Respondent Signature    Printed Name and Title    Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

RECEIVED
DEC 16 2019
GRCC GRIEVANCE OFFICE

37 2



VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

866.1 A-3
DOC Location: GCC Greensville Correctional Center
Report generated by Strawn, C
Report run on 11/26/2019 at 12:37 PM

Grievance Number: <u>GCC-19-INF-08607</u>

Next Action Date: <u>12/11/2019 12:00 AM</u>

| On this date: | 11/26/2019 | | I have received a statement from: |
|---|---|---|---|
| Thomas, Dave A | 1077894 | of | Greensville Correctional Center HU2-2-229-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Offender states that his 11/18/2019 dental visit was the most uncomfortable, disrespectful he's had. | | | |
| | | | |
| *(Signature)* | | | *(Title)* |

**RECEIVED**

JAN 13 2020

Ombudsman Unit
Eastern Region

Rev. 03/30/2009

1 38

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Dave Thomas | 1077894 | 2-229 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): On 11-18-19 my Visit To dentis was The most uncomfortable, Disrespectful, Disgusting That I Take offensive By what mr Broth Did To me after the Lady Leave. asked him for Something To spit in, he stated swallow it I asked for The suction, he Told me To swallow my Saliva he try To make swallow my Saliva By using tool with small mirrow, I stop him & asked him what your problem !! he say he have no problem. mr Broth was unprofessional, Demanding he must be accountable for his action. This is a matter that To be Addres. I dont need medies care from Mr Broth. Thank you for your Assistance.

Offender Signature without prejudice Dave Thomas    Date November 19 2019

### Offenders - Do Not Write Below This Line

cc/ DT

Date Received: 11/26/2019    Tracking #: CRC 19 INF-08607

Response Due: 11/28 12/11/2019    Assigned to: Dental

Action Taken/Response:

Following routine extraction without complication, my assistant, Ms. Whitfield took instruments to sterilization area, I removed my gloves and proceeded to write my chart notes. At this time patient insisted he needed to spit and I told him it was saliva and he could swallow. He became argumentive and insisted. I again, while I continued to write chart notes, told him he could swallow and That there was nothing bad in his mouth.

Respondent Signature _____    Printed Name and Title S Broth, DDS    Date 12/6/19

### WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

39

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Exhibit C

Log Number: _____

| Thomas | Dave | 1077894 | # 2 | B - 229 |
|--------|------|---------|-----|---------|
| Last Name | First | Number | Building | Cell/Bed Number |

WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) I had comply with the informal procedure to resolve my complaint still have not see the dentist, They Respond will be seen for a dental Evaluation to determine my dental needs, The same waiting when I write several Request sign 1-11-20 I have not yet see or get medical assistance. it's over/about 5 month waiting to see the dentist, I asked/Request for D.O.C/Administration to take me to outside medical help still no answer from your department. are you all waiting for me to (Die/Death) medical & D.O.C or deliberate ignore me and waiting for my health deteriorate Then its too late, I make an complaint Before But no one want to look into it or check me.

What action do you want taken? I am still waiting for D.O.C/Administration to take me to outside medical/dental assistance Some how They Dont want to undo Doction Broth mistake.

RECEIVED

APR 02 2020

Ombudsman Unit
Eastern Region

Grievant's Signature: without prejudice  Dave Thomas   Date: 3-25-2020

Warden/Superintendent's Office: _____

Date Received: _____

RECEIVED

MAR 26 2020

GRCC GRIEVANCE OFFI.

Revision Date: 1/13/14



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

INSTRUCTIONS FOR FILING: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

INTAKE: Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☒ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. *1/11/20* |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _S. Japp_    Date: _3/26/20_

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _[signature]_    Date: _4/2/2020_

WITHDRAWAL OF GRIEVANCE: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 1/13/14*

at 11:20 march 14 20

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Received Saturday

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

FEB 2020
RECEIVED

MAR 2020
RECEIVED

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Dave Thomas | 1077894 | HU-2    2-229 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor    ☐ Food Service    ☐ Treatment Program Supervisor
☐ Personal Property    ☐ Commissary    ☐ Mailroom
☑ Medical Administrator    ☐ Other (Please Specify): To Dentis Department

Briefly explain the nature of your complaint (be specific): It appear To me dental department are Re-fusing me medical help, write several Request about the tooth That my Brother pull several month's ago which still have a opening that (oozing) Beside other tooth which is infected that can Bring me Great harmful disease To my mouth & head, stomach. medical are Refusing To fix my gum That your doctor pull. They have shown Retaluation, spitefulness To me. B.O.C. set policy for us To get medical Assistance from your department. I need This problem to be fix quickly please.

Offender Signature: without prejudice Dave Thomas    Date 2-14-2020

### Offenders - Do Not Write Below This Line    cc/D.T

Date Received: 2/20/2020
Response Due: 3/6/2020    Tracking # GRCC 2012IF 01229    Assigned to: Delta

Action Taken/Response:
You will be seen for a dental evaluation to determine your dental needs.

Thank you

RECEIVED
MAR 26 2020
GRCC GRIEVANCE OFFICE

Robin Allen    Robin Allen Dental asst.    3/10/2020
Respondent Signature    Printed Name and Title    Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____
Staff Witness Signature: _____    Date: _____

RECEIVED
APR 2020
Ombudsman Unit
Eastern Region

n 41



VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

## Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-229 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| Support Bld painter | Ms Moody | 01-09-2020 |

TO: ☐ Unit Manager  ☒ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☐ Dental
☐ Other _____

CHECK PURPOSE  ☐ Appointment Request  ☐ Question/Statement

This is my Third Request to Return Back to the dental office about the
Tooth That doctor Blott pull out it about 2 month and it this hooging
out Besid the other Tooth. I am Asking for other Assistance (Not my
Broth) my other Request was on 11-20-99 and 1-2-20 is This the kind
of medical Treatment you get No Respond. my next step is informal
Complaint Refusing me medical treatment.

                          Thank you for your help.

without preduce: Dave Thomas                      c/c D.T

DO NOT ATTACH ADDITIONAL PAGES, DO NOT WRITE BELOW THIS LINE

### RESPONSE

Request sent to correct department ☒ Yes ☐ No; Routed to: __Dental__    Date: 1/11/20  0800

                    Dental

                    RECEIVED
                    APR 02 2020
                    Ombudsman Unit
                    Eastern Region

                    RECEIVED
                    MAR 26 2020
                    GRCC GRIEVANCE OFFICE

Offender seen ☐ Yes ☐ No

    5 NOON LPN                          1/11/20  0800
Official Responding              Date of Response

                    10-42              MI         Revision Date: 10 26 1

dentist medical department.

RECEIVED
MAR 2 6 2020
GRCC GRIEVANCE OFFICE

$$\frac{\frac{59}{77}\cdot\frac{1}{2}}{136}$$
$$\frac{9}{144}$$



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

## REGULAR GRIEVANCE

Log Number: _____

| Thomas | Dave | 1077894 | 2 | 229 B |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

WHAT IS YOUR COMPLAINT? (Provide information from the informal process:  Attach Informal Complaint response or other documentation of informal process.) Today is friday 3-6-20 which shown That The Dentist Department Refusing To fix my gum That The Tooth' mr Broth had pull out month ago That still have opening which are still (oozing) I am Asking Administration for medical assistance, which I am Asking for (outside) medical Dentist Assistance please. why have policy/Rulers set for us to comply to. and your Staff just been Deliberate ignore me, make no Attempt To answer my Complaint. my Body is slowly poisoning me which is making me sick if I am not treated soon with medication, Befor my health deteriorate.

What action do you want taken? D.O.C / Administration Take me To outside medical Dentist office, for Treatment.

**RECEIVED**
MAR 10 2020
GRCC GRIEVANCE OFFICE

Grievant's Signature: Dave Thomas without prejudice          Date: 03-06-2020    cc/Family

Warden/Superintendent's Office: _____

Date Received: _____

**RECEIVED**
APR 02 2020
Ombudsman Unit
Eastern Region

Revision Date: 1/13/14



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866.F1_1-13

INSTRUCTIONS FOR FILING: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance or grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

INTAKE: Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☒ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint. *Provide informal returned to you on 3/6/2020.* |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *KPhui B*    Date: *3/10/2020*

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☒ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *D Lewis*    Date: *4/2/2020*

WITHDRAWAL OF GRIEVANCE: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 1/13/14*

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

RECEIVED

FEB 2020

GRCC Grievance

Housing Unit 1

## Informal Complaint

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during that time. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Dave Thomas | 1077894 | HU-2 | 2-229 |
| Offender Name | Offender Number | Housing Assignment | |

☐ Unit Manager/Supervisor
☐ Personal Property
☑ Medical Administrator

☐ Food Service
☐ Commissary
☐ Other (Please Specify): _To Dentis Department_

☐ Treatment Program Supervisor
☐ Mailroom

Briefly explain the nature of your complaint (be specific): _it appear to me dental department are refusing me medical help, write several request about the tooth that my brow pull several months ago which still have a opening that (oozing) Beside other tooth which is infected that can bring me great harmful disease to my mouth & head, stomach. medical are refusing to fix my gum that your doctor pull, They have shown Retaluation, spitefulness to me. D.O.C set policy for us to get medical assistance from your department. I need this problem to be fix quickly please._

Offender Signature _without prejudice Dave Thomas_    Date _2-14-2020_

Offenders - Do Not Write Below This Line    cc/D.T

Date Received: _2/20/2020_

Response Due: _3/6/2020_    Assigned to: _Delta_    Tracking # _GRC 3014F 01229_

Action Taken/Response:

_____

_____

_____

RECEIVED

APR 02 2020

Ombudsman Unit
Eastern Region

_____

_____

RECEIVED

Date
MAR 10 2020

GRCC GRIEVANCE OFFICE

Respondent Signature _____    Printed Name and Title _____

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

866.1 A-3
DOC Location: GCC Greensville Correctional Center
Report generated by Strawn, C
Report run on 02/24/2020 at 03:15 PM

Grievance Number: <u>GCC-20-INF-01229</u>

Next Action Date: <u>03/06/2020 12:00 AM</u>

| On this date: | 02/20/2020 | | I have received a statement from: |
|---|---|---|---|
| | | | Greensville Correctional Center |
| Thomas, Dave A | 1077894 | of | HU2-2-229-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Offender states that he has not been able to receive dental services for an infected tooth. | | | |
| | | | |
| *(Signature)* | | | *(Title)* |

(Received wed 2-26-20)





Page 1 of 1

Rev. 03/30/2009

7 - 48

from Dave Thomas 1077894
Greensville Correctional Center
901 Correction Way
Jarratt Virginia 23870

March 27 2020

To: Eastern Regional office
14545 Old Belfield Road
Capron Virginia 23829

RECEIVED
APR 02 2020
Ombudsman Unit
Eastern Region

To whome it may Concern,
I am writing This Letter about my Complaint/-medical Assistance
That need Great attenson, on 2-14-20 I write up a Complaint on
dental Department about The Tooth That doctor Broth Remove
Several months ago, That Ended up infected oozing out Beside The
other Tooth. I waited for answer from Them, They did not Respo-
nce. so I write The Grievance on 3-6-20 which Grievance Coor-
dinator (K plin B) Stated give Them time to answer, That I did.
They write/answer Back Stated (you will Be seen for a dental
Evaluation to determine your dental need) That was 3-10-20 By
Robin Allen on 3-25-20 still no help I put Back in on other
Grievance with The Request Showing how Long they take to answer
and up to now/yet to Been seen (from 1-11-20 By snoon) still no
help on fixing my Gum That still oozing Beside The other Tooth.
I have complaint on how dental office are Being deliberate spiteful
Refusing and slow Retaluation to me. Then on 3-27-20 I Received
Grievance Back from (S.C  S Zapp) Stated on 3-26-20 Expired
filing period which I am just only showing Evidence how Long

inside my mouth for several months That can Bring harmful Desease
To my head, stomach now That They Turn Down my complaint how/ who
can I go To Get The medical help from To Stop The infected Gum That
are still oozing. in my complaint I asked for outside medical Ass-
istance from Administration no Responce/ They just ignore me.


VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F5_10-17

Offender Request *Received Jan 22-21 friday*

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-117 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | MS Moody | 12-13-2020 sun |

TO:  ☐ Unit Manager   ☐ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
     ☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
     ☐ Chaplain   ☐ Assistant Warden   ☐ Warden   ☑ Dental
     ☐ Other *To mr kellen*

CHECK PURPOSE   ☐ Appointment Request   ☐ Question/Statement

hello mr kellen, I did what you say about the oozing went to medical they gave me 10 days of Antibiotic it over & I wait some days the problem are still there the oozing and the other tooth me hurting me even when I bite down on that side of the oozing tooth, I asked for a swab and test, to to find out, it is you will not do that, I just don't know what to do with this oozing in side of my mouth, also the other tooth that on the right side Lower one that your other colleague drill & put to the way so someone clean it out and fell it please or I don't after lost this one (I need to see the dental office for the tooth that are hurting) so can you scheduled me A.S.A.P

*Dave Thomas Ic D.T 8ch*

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

RESPONSE

Request sent to correct department ☑ Yes ☐ No; Routed to: *Dental*          Date: 12/15/2020

Offender seen ☐ Yes ☐ No

_____          _____
Official Responding                   Date of Response

47

Revision Date:10 26 17

Denton

Not in ituB

2.117



my copies
medical
Dental

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF CORRECTIONS
EASTERN REGIONAL OFFICE
14545 OLD BELFIELD ROAD
CAPRON, VIRGINIA 23829

2-229

2-117

4-20-21
TUESDAY

D. Thomas 1077894
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870
Received monday 11:35 pm
2-3-2020

no postage
stamp

Exhibit __D__

2-229

from Dave Thomas 1077894
Greensville Correctional Center
901 Corrections Way.
Jarratt Virginia 23870

To:

I am writing This Letter Requesting your Legal Representation/
Assistance on a Law Suit, I have Been Deprive of medical
help from The Dentist Department which is no fault of mine, They
have indanger my Life/health for Several months Deliberately
neglect There Duties has D.O.C Rules & policy stated.
On November 18 2019 went To The Dentist office To Remove one of
my Tooth That was pull By Doctor Broth who was not professional
who make me feel uncomfortable who is nasty. I make an Comp-
laint follow-up with Grievance All the way To Richmond Eastern
Region office which They Time Barred me, months Later The Too-
Th That he Remove Started to oozing I write Several Request's
no answer. Then I write up my Complaint on 2-14-20, no an-
swer from dental Department I follow-up with the Griev-
ance 3-6-20 Then Grievance Coordinate Stated I have not used
The informal process To Resolve The Complaint & Decission Return
Because of The 5 Day Time Limit for Review has Been Exceeded which
That's what They do every Time we make a Complaint. Then cont,

ON 3-10-20 [ ms Robin Allen dentis asst ] answer my complaint stated [ you will Be seen for a Dental Evaluation To Determine your dental need ] Still no Respond. so l follow-up with The Grievance on 3-25-20 which l gave Them sufficient amount of Time To answer To see me. l also Requested for outside medical/ Dental Assistance from Eastern Region office & from G.R.C.C Administration, Because dental office Deliberate ignore my Cry for help. which They Shown Spitefulhest, Retaluation, & Sabortage, and Refusing me medical Treatment That There Doctor did, which l Told Them The infected Gum can Bring me harmful Disease To my mouth, head, Stomach and That's Cruel Unusal punisment. The Complaint come Back from Region office only Stamp unanswer on 4-2-20. Then l write To The ( Lead warden L Edmonds and asst warden ms C putney on march 29-20 ) up To now no answer from Them. Then on 4-10-20 Dental office call for me which l was seen By (Doctor) mr hollen & asst Robin) They Take 2 x-Ray of my mouth. They Stated They see no infection There after one x-Ray was not Takeng Right. l show where it is Beside the other Tooth. l Told Them l know my Body and when Something is wrong with it. so They stated There are going To give me (Antibiotic) This is where They Take me for a fool Try To Trick me. get pill's on 4-11-20 with 2 Tylenol. Return 4-12-20 nurse Thompson Told me There no more Antibiotic pill for me it Stop l only geting 2 Tylenol pills. so l write-up Doctor hollen & ms Robin also send in Request asked what can 2 Tylenol can do for an infected Gum That's are still oozing for month, yall Showing That you are Delibiately ignore my health, no Consideration coincide Together inflected cruel unusual punishment upon me. l asked is This how you Evalua- To a person By Lying To Them making To Beleive There Being Tres Ted with Antibiotic, yall Showing Negligent, Neglect Refusing me medical Assistance nor Try To fix The problem. you have Violate my Constitution

Right which I Shown Legitimate issue That Should I must Be founded They Ended-up Time Barred me where Violation was Discovered That's Determined To Be Legitimate matter/issue That They Deliberately holding my mail for it not To Reach its Destination. That mailroom Supervr. j. jones. Dental answer The Request & give me one Antibiotis for 10 days Started on 4-14-20 To 4-23-20 up To now my mouth)/Gum are still oozing and Started To hurt Today 9-21-20.

   names of Administration That I asked for Assistance.
① Doctor C Broth, Assist Dentist ma Robin, Doctor holland H. Cool C Strawn,
② Request Lp N. Snoony, H. CC coor S. Lapp, Reg ombudsman marus Clam, Lead
③ Warden L. Edmonds, assist warden C. putney, mailroom Sup j-jones, informal
④ complaint coor ms D. peterson, unit manger ms D Wailes — johnson (sr)
   The Tracking number of all my Complaint
① #11-26-2019 - GCC-19-1NF-08607 By Doctor C Broth, # 01-15-2020 - GCC-19-REG-00641 By S. Lapp SA, #03-06-2020 GCC-20-1NF-01229 By c Strawn, #04-17-2020 GCC-20-1NF-02655 By. . . ., #05-02-2020 GCC-20-1NF-02653 By c. m Ragsdale, & j-jones GCC-20-1NF-05593
   I hope This problem Dont Become Negligent homicide, if There is any Assistance That your office can provide for me in Regard To this problem it will Greatly Appreciated.
   I Declare under penalty of perjury That The forgoing is True and Correct.

                                          Dave Gross     sk DT
                                       Respectfully Submitting

Exhibit E

(Look in Back)

from Dave Thomas # 1077894 2-117
Greensville Correctional Center
901 Correction Way
Jarratt Virginia 23870

(mails that went out & never Return or answer)

① mark & harrison : 2618 S. Crater Road, peterburg Virginia # 23805
② A.C.L.U : marcie hampton, 701 E franklin st, suite 1412, Richmond V.A 23219
③ mr Elliott charding : 1150 Richmond Road #B charlottesville VA 22911
4-11-20 ④ Legal Service Corporation of Virginia : 700 E main st, suite #1504 Richmond V.A 23219
5-30-20 ⑤ Director of Department of Correction : mr harold W clark, 6900 afmore Drive Richmond 23291
6-4-20 ⑥ David B. Zigman : 220 Roslyn Road, mineola N.Y 11501-2905
6-20-20 ⑦ Jeffrey Rich & Rich & Rich : 30 Vesey st Suit 300, manhatten N.Y 1007
7-21-20 ⑧ Jamaica Embassy : 1520 New hampshere ave, North West D.C 20036
⑨
07-  -20 ⑩ (using inside prison friend to mail out to other friend's outside to get Lawyer)
07-27-20 ⑩ friend to a friend Virginia, Brandon-myer
07-29-20 ⑪ friend to a friend North Carolina john Boyd
08-10-20 ⑫ Secon Letter to Lawyer Rich & Rich
08-6-20 ⑬ friend to a friend to New jersey (it Resch)
08-6-20 ⑭ mail out Letter to j-pay By me (it Resch & answer) _ _ _ (By me Thomas)
08-30-20 ⑮ mail out Letter to mobile alabama Court & Lawyer  (By me Thomas)
09-2-20 ⑯ mail out Letter to Regional office with 1708 papers (by me Thomas)
09-2-20 ⑰ mail out Letter to alabama Court & Lawyer  (By me Thomas)
10-10-20 ⑱ Department of the Treasury ( By me Thomas)
10-11-20 ⑲ jojo Schwarzauer 205 Government st Mobile Alabama 36644 (By me Thomas)
10-27-20 ⑳ mobile alabama Court & Lawyer (By friend) answer handed to me By Dale D. 11-16-20
10-27-20 ㉑ clerk Scott S. harris 1st north East Washington D.C 20543-0001 (By friend)
10-27-20 ㉒                                                                10-22-20
  -8-20 ㉓ clerk scott S. harris 1st north East Washington D.C 20543-0001 ( By friend)
1-24-20 ㉔ 701 East Broad st, Richmond V.A 23219 (mailroom) on mailroom (By Certif mail)
㉕
㉖